IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shane Moore,<br><br>        Plaintiff,<br><br>v.<br><br>Kulwinder Kaur, et al.,<br><br>        Defendants. | No. CV-16-04043-PHX-JZB<br><br>**ORDER TO SHOW CAUSE** |

      On October 18, 2017, the parties filed a Joint Motion for Appointment of a Magistrate Judge for a Settlement Conference. (Doc. 43.) The Motion states that the "parties wish to explore settlement and believe that a United States Magistrate Judge will assist in reaching a settlement." (*Id.*) On October 19, 2017, the Court granted the parties' Motion and randomly assigned the matter to Magistrate Judge Eileen S. Willett for the purpose of conducting a settlement conference. (Doc. 44.)

      On October 30, 2017, the Court scheduled a Telephonic Status Conference for December 1, 2017, and scheduled the Settlement Conference for December 18, 2017. (Doc. 45.) The Court ordered that "[e]ach named party shall be physically present at the Settlement Conference" unless otherwise approved by the Court. (*Id.*) The Court warned that if any party fails to appear at the Settlement Conference, it could result in sanctions, including possible dismissal of the case. (*Id.*)

      On December 18, 2017, at the time set for Settlement Conference, the Court was

1  advised by Plaintiff's counsel that Plaintiff would be thirty minutes late to the Settlement
2  Conference. (Doc. 48.) After having waited 30 minutes, Plaintiff's counsel further
3  advised the Court that Plaintiff would be an additional 20 minutes late to the Settlement
4  Conference. (*Id*.) The Court advised counsel that appearing 50 minutes late to a
5  settlement conference is unacceptably late and does not leave adequate time for the
6  Magistrate Judge to conduct the Settlement Conference. (*Id*.) Therefore, the Court
7  referred the matter back to the presiding Judge for further action as deemed fit.

8  The Court will order that Plaintiff show cause for his failure to appear at the
9  Settlement Conference.

10  **IT IS ORDERED** that on or before **January 10, 2018**, Plaintiff shall show cause
11  in writing why the Court should not impose sanctions, including possible dismissal of this
12  matter, for failure to timely appear for the December 18, 2017 Settlement Conference in
13  compliance with the Court's Order.

14  Dated this 20th day of December, 2017.

Honorable John Z. Boyle
United States Magistrate Judge